IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3226 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK A. FREDERICK, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the government's oral motion to compel the examination of defendant, Mark A. Frederick. The government's motion is granted.

IT IS ORDERED:

1) The government's oral motion for a debtor's exam (filing no. 5), is granted.

2) The defendant, Mark A. Frederick, shall appear before the undersigned in Courtroom 2, 593 Federal Building, 100 Centennial Mall North, Lincoln, Nebraska 68508 on January 27, 2010 at 1:00 p.m. to participate in a debtor's examination.

DATED this 9th day of December, 2010

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge